In the Matter of the Accounting of RITA W. DE VOE, as Administratrix with the Will Annexed of CHARLES P. EBBETS, Deceased, Respondent.

JAMES E. EBBETS et al., Appellants; FRED E. PAYNE et al., Respondents.

*Matter of De Voe*, 107 App. Div. 245, affirmed.
(Argued April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 9, 1905, which affirmed a decree of the Kings County Surrogate's Court directing distribution of the estate of Charles P. Ebbets, deceased.

*Alfred G. Reeves* for appellants.

*Joseph G. Williamson, Jr.*, for Fred E. Payne et al., respondents.

*Clarence L. Barber* and *William P. Burr* for Walter E. Ebbets et al., respondents.

*William W. Butcher* for Henry V. Ebbets, respondent.

*James A. Dayton* and *Alfred M. Bailey* for The Estates Settlement Company, respondent.

*A. B. Carrington* for Rita W. De Voe, administratrix, respondent.

Order affirmed, with costs to all parties appearing by counsel upon the argument to be paid out of the fund; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and CHASE, JJ. Not voting: EDWARD T. BARTLETT, J. Not sitting: WILLARD BARTLETT, J.